```
 1  Donald P. Norris, Esq.
    Nevada State Bar No.: 7464
 2  LAW OFFICES OF MACEY & ALEMAN
    1701 W. Charleston Blvd., Ste. 320
 3  Las Vegas, Nevada 89102
    Tel: (702) 671-4112
 4  Fax: (702) 671-4113
    Attorney for Debtors
 5
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re | Bankruptcy Case No.: 08-24979-LBR |
| | Chapter 13 |
| Michael J. Flynn | |
| Susan J. Flynn | **NOTICE OF HEARING ON OPPOSITION TO MOTION FROM AUTOMATIC STAY** |
| Debtors. | Hearing Date: October 28, 2009 |
| | Hearing Time: 10:00 a.m. |

**NOTICE IS HEREBY GIVEN** that an OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY was filed by Donald P. Norris, Esq., attorney for Debtor.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless court orders otherwise. The opposition must be set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

///

///

///

[Summary of pleading] - 1

Local Rule 901(b)(1): If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who you set this notice:

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

The court may *refuse to allow you to speak* at the scheduled hearing; and
The court may *rule against you* without formally calling the matter at the hearing.

DATED this 13<u>th</u> day of <u>October, 2009</u>.

LAW OFFICE OF MACEY & ALMEAN

<u>By /s/ DONALD P. NORRIS, ESQ.</u>
1701 W. Charleston Blvd., Suite 320
Las Vegas, NV 89102
*Attorney for Debtors*

[**Summary of pleading**] - 2