Entered on Docket
January 26, 2010

Hon. Linda B. Riegle
United States Bankruptcy Judge

Electronically Filed on _____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-76080

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-08-24979-lbr |
| Michael J. Flynn and Susan J. Flynn | Date: 1/6/2010<br>Time: 10:30 a.m. |
| | Chapter 13 |
| Debtor(s). | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 1290 Cornet St., Henderson, NV 89052, and legally described as follows:

LOT ONE HUNDRED SIXTY-THREE (163) IN BLOCK SIX (6) OF THE FINAL MAP OF RICHMOND AMERICAN HOMES OF NEVADA AT ANTHEM, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 104 OF PLATS, PAGE 60, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

///
///
///
///
///
///
///
///
///
///
///
///

1    IT IS FURTHER ORDERED that in the event a Notice of Default was recorded against this

2 particular property prior to July 1, 2009, the Debtor can promptly submit a copy of this Order to the

3 State of Nevada, Foreclosure Mediation Program and the Order will be construed as an agreement

4 between the Secured Creditor and Debtor that they have voluntarily agreed to a mediation under the

5 Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program.  The necessary

6 information can be accessed at "http://www.nevadajudiciary.us".

7    DATED this _____ day of _____, 2009.

8 Submitted by:
9 **WILDE & ASSOCIATES**

10 By/S/GREGORY L. WILDE                #10235

11    **GREGORY L. WILDE, ESQ.**
   Attorney for Secured Creditor
12    212 South Jones Boulevard
   Las Vegas, Nevada 89107
13

14 APPROVED / DISAPPROVED

15

16 Donald P. Norris
   1701 W. Charleston Blvd
   #320
17 Las Vegas, NV 89102
18 Attorney for Debtor(s)

19

20 APPROVED / DISAPPROVED

21

22 Rick A. Yarnall
   701 Bridger Avenue #820
   Las Vegas, NV  89101
23 Chapter 13 Trustee

24

25

26

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____ The court waived the requirements of LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

____ No parties appeared or filed written objections, and the trustee is the movant.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or    __x__ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or    __x__ failed to respond to the document


____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or    ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or    ____ failed to respond to the document

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor